UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** : **3:09-md-02100-DRH-PMF**

: **MDL No. 2100**

:

: **Judge David R. Herndon**

----------------------------------------------------------

**This Document Relates to:**

Kristeena Joann Overstreet,
    Plaintiff
v.
Bayer Corporation. et al.,
    Defendants

Case No.
3:10-cv-11402-DRH-PMF

_____

This matter is before the Court on Plaintiff's motion, pursuant to Administrative Order 116, for refund of duplicate filing fee (3:10-cv-11402 Doc. 5). Upon consideration of Plaintiff's motion, the Court **ORDERS** as follows:

Plaintiff's motion for refund of duplicate filing fee is **GRANTED**.

Accordingly, the Clerk is instructed to refund movant for the duplicate charge in the amount of $350.00.

    **SO ORDERED:**

/s/     *David R Herndon*

Chief Judge
United States District Court          DATE:  August 19, 2010