UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Autumn Saenz v. Bayer Corporation, et al.* | No. 3:11-cv-11897-DRH-PMF |
| *Amy Wild v. Bayer Corporation, et al.* | No. 3:11-cv-12316-DRH-PMF |
| *Kaylan Edwards v. Bayer Corporation, et al.* | No. 3:11-cv-12059-DRH-PMF |
| *Sarah Prueter v. Bayer Corporation, et al.* | No. 3:11-cv-12313-DRH-PMF |
| *Mallory Schwartz v. Bayer Corporation, et al.* | No. 3:11-cv-11838-DRH-PMF |
| *Heidi Stirling v. Bayer Corporation, et al.* | No. 3:10-cv-13651-DRH-PMF |
| *Ilene Suarez v. Bayer Corporation, et al.*[1] | No. 3:11-cv-11104-DRH-PMF |
| *Lindsey Worthen v. Bayer Corporation, et al.* | No. 3:10-cv-20233-DRH-PMF |
| *Kristeena Joann Overstreet v. Bayer Corporation, et al.*[2] | No. 3:10-cv-11402-DRH-PMF |
| *Felicia L. Goodwin v. Bayer Corporation, et al.* | No. 3:11-cv-10055-DRH-PMF |
| *Tammy Jo Simons v. Bayer Corporation, et al.* | No. 3:12-cv-10018-DRH-PMF |
| *Kelsey Underwood v. Bayer Corporation, et al.* | No. 3:12-cv-20007-DRH-PMF |
| *Cecile Byrd v. Bayer Corporation, et al.* | No. 3:13-cv-20008-DRH-PMF |
| *Tamara Arceneaux v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10811-DRH-PMF |

---

[1] Plaintiff a/k/a Ilene Suarez Ngiralbong.
[2] Plaintiff a/k/a Kristeena Joann Dillon.

2

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on March 4, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.03.04 14:22:45 -06'00'

BY: /s/ *Caitlin Fischer*
**Deputy Clerk**

U.S. DISTRICT JUDGE

2